**EXHIBIT 2:** INFRINGEMENT
URL: https://www.instagram.com/p/C1hkXUsu8a8/

