**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Sokolskyfilm, Inc., <br><br>            Plaintiff, <br>    v. <br><br> Rebecca Taylor, Inc., <br><br>         Defendant. | Case No: 1:24-cv-07817-ER |

## DEFAULT JUDGMENT

**WHEREAS** this action having been commenced upon the filing of a Complaint with this Court on October 15, 2024 (*Dkt. No.* 1, *et seq.*); and

**WHEREAS** service was effectuated by personal delivery of the summons and Complaint to Nancy Dougherty, a clerk in the office of the Secretary of State of the State of New York on October 25, 2024 (*Dkt. No.* 7); and

**WHEREAS** the time for Defendant to Answer or otherwise appear in this action has passed and has not been extended by agreement or Order; and

**WHEREAS** the Clerk having entered a certificate of default against Defendant on January 10, 2025; and

**WHEREAS** Plaintiff has now filed a motion for entry of a default judgment against the Defendant Rebecca Taylor, Inc. ("*Defendant*") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and

**WHEREAS** Defendant having been duly served with Plaintiff's motion in accordance with the instructions set forth in this Court's Order to Show Cause; and

**WHEREAS,** Defendant has not filed an answer, notice of appearance, or any opposition

to Plaintiff's motion for default judgment; it is now

**ORDERED ADJUDGED AND ORDERED** that Plaintiff's motion for entry of default judgment is GRANTED pursuant to Fed. R. Civ. P. 55(b)(2); and it is further

**ORDERED** that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered works as identified in Exhibit 1 to Plaintiff's complaint; and it is further

**ORDERED** that Defendant shall pay $150,000.00 in statutory damages under 17 U.S.C. § 504(c) for unauthorized use of Plaintiff's registered works for commercial purposes; and it is further

**ORDERED** that Defendant shall pay $7,915.00 in attorneys' fees and $465.00 in costs pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d); and it is further

**ORDERED** that Defendant shall pay post-judgment interest at the rate of 3.49% from February 6, 2026; and it is further

**ORDERED** that the Clerk shall enter judgment in favor of Plaintiff and against Defendant in accordance with this Order; and it is further

**ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated:  February 6, 2026
        New York, New York

**SO ORDERED.**

_____
Hon. Edgardo Ramos
United States District Judge